|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONNIE JOHN HUBER,<br><br>　　　　　Defendant. | Case No.: 2:12-mj-00613-RJJ<br><br>**ORDER FOR TRAVEL** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit travel to Camino Island, Washington from December 13, 2012 to December 17, 2012 for the purpose of relocating his mother to Las Vegas.

DATED this 11th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE